Aji N. Abiedu (SBN 282794)
aabiedu@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: 310-909-8000
Facsimile: 310-909-8001

Attorneys for Defendant
HARRIS & HARRIS, LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN NAVARRO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HARRIS & HARRIS, LTD.,<br><br>　　　　Defendant. | Case No. _____<br><br>(The Honorable _____)<br>Courtroom: _____<br><br>**DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. SECTIONS 1331, 1441 AND 1446**<br><br>Removal Filed: November 4, 2015 |

**TO THE CLERK OF THE ABOVE ENTITLED COURT:**

**PLEASE TAKE NOTICE THAT** pursuant to the provisions of 28 U.S.C. SECTIONS 1331, 1441(a) and 1446, Defendant HARRIS & HARRIS, LTD. ("H&H"), hereby removes to the Court the state action currently pending in the Los Angeles County Superior Court of California, described more fully below:

1. On August 28, 2015, a civil action was commenced in the Superior Court of the State of California, in and for the County of Los Angeles, entitled *Carolyn Navarro v. Harris & Harris, Ltd.*, as case number 15K10595. True and correct copies of all pleadings, process and orders in said action served upon H&H are attached hereto as **Exhibit "A"** and incorporated herein.

1
DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO
28 U.S.C. SECTIONS 1331, 1441 AND 1446

HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000

31620389v1 2711

2. Defendant H&H's registered agent was personally served with a copy of the summons and complaint on October 5, 2015.

3. In light of its pendency in Los Angeles County, the United States District Court for the Cental District of California, Western Division, is the proper forum for removal under the provisions of 28 U.S.C. sections 84(d) and 1441(a) and 1446(b).

4. This Notice of Removal was filed within thirty days of service of the complaint upon Defendant and one year of the commencement of the action. It is, therefore, timely under 28 U.S.C. section 1446(b).

5. The complaint purports to allege a federal cause of action against Defendant for purported violations of the Fair Debt Collection Practices ("FDCPA"), 15 U.S.C. §§1692 *et seq.*

6. This action is one over which this Court has original jurisdiction under 28 U.S.C. § 1331 and may be removed to this Court pursuant to the provisions of 28 U.S.C. sections 1441(a) and 1446(b) in that it is a civil proceeding over which the district courts have original jurisdiction as a claim arising under the laws of the United States, the FDCPA, 15 U.S.C. §§ 1692 *et seq.*

WHEREFORE, Defendant hereby notifies Plaintiff Carolyn Navarro by and through her attorneys that the above-entitled action, formerly pending in the Los Angeles County Superior Court has been removed from that court to this Court. Defendant prays that this Court will make any and all orders necessary to effect the removal of this cause from the Court of the State of California for the County of Los Angeles.

DATED: November 4, 2015        HINSHAW & CULBERTSON LLP

By: *s/Aji N. Abiedu*
Aji N. Abiedu
Attorneys for Defendant
HARRIS & HARRIS, LTD.

HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000

31620389v1 2711

# CERTIFICATE OF SERVICE

*Carolyn Navarro vs. Harris & Harris, LTD.*

Case No. _____

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 11601 Wilshire Blvd., Los Angeles, California 90025.

On **November 4, 2015**, I served the document(s) entitled, **DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. SECTIONS 1331, 1441 AND 1446**, on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

**SEE ATTACHED SERVICE LIST**

☐ **(BY MAIL)**: I deposited such envelope in the mail at Los Angeles, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☒ **(VIA OVERNIGHT MAIL)**: I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery. Under that practice it would be deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence.

☐ **(BY ELECTRONIC MAIL)**: By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☐ **(BY FACSIMILE):** By transmitting an accurate copy via facsimile to the person and telephone number as stated.

☒ **(BY CM/ECF SERVICE)**: I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on **November 4, 2015**, at Los Angeles, California.

*s/Claudia Rodriguez*
Claudia Rodriguez

HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000

31620389v1 2711

# SERVICE LIST

*Carolyn Navarro vs. Harris & Harris, LTD.*
Case No. _____

Todd M. Friedman, Esq.  *Attorney for Plaintiff*
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
324 s. Beverly Drive, #725
Beverly Hills, CA  90212
Telephone: 877-206-4741
Facsimile: 866-633-0228
Emails:tfriedman@attorneysforconsumers.com

HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000

31620389v1 2711