Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CAROLYN NAVARRO,** | ) Case No. 2:15-cv-08628-DDP-E |
| Plaintiff, | ) **JOINT STIPULATION TO** |
| vs. | ) **DISMISS WITH PREJUDICE** |
| **HARRIS & HARRIS, LTD.,** | ) |
| Defendant. | ) |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 28th day of September, 2016

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiff

By: s/Aji N Abiedu, Esq.
AJI N. ABIEDU
Attorney for Defendant

Stipulation to Dismiss- 1

Filed electronically on this 28th day of September, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Dean D. Pregerson
United States District Court
Central District of California

Aji N Abiedu
Hinshaw and Culbertson LLP

This 28th day of September, 2016.
s/Todd M. Friedman
TODD M. FRIEDMAN